```
                                United States Bankruptcy Court
                                Eastern District of Pennsylvania
In re:                                                                            Case No. 14-11604-amc
Jesus Cortez                                                                      Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: ChrissyW              Page 1 of 2                  Date Rcvd: Apr 14, 2017
                               Form ID: 138NEW             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2017.
db            +Jesus Cortez,    6031 Ditman Street,    Philadelphia, PA 19135-3624
cr            +HSBC Bank USA, National Association,    c/o Nationstar Mortage, LLC,    PO Box 619096,
               Dallas, TX 75261-9096
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:    NATIONSTAR MORTGAGE, LLC.,    PO Box 630267,    Irving, TX  75063)
13260410      +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13260411      +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13260412      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13504608      +HSBC Bank USA, N.A.,    c/o Nationstar Mortgage, LLC,    PO Box 619096,    Dallas TX 75261-9096
13260414      +Marlton Auto Credit,    PO Box 79,    Marlton, NJ 08053-0079
13260416      +McCabe, Weisberg & Conway,    123 South Broad Street,    Suite 2080,
               Philadelphia, PA 19109-1031
13335415      +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
               2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13260417       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
               Harrisburg, PA 17120-0946
13260419      +PGW,    Legal Dept. 4th Floor,    800 Montgomery Avenue,    Philadelphia, PA 19122-2806
13260423      +Select Portfolio Services,    as Loan Servicing Agent for the,    Mortgage Holder,
               P.O. Box 65450,    Salt Lake City, Utah 84165-0450
13260424      +Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
13260425      +Select Portfolio Servicing, Inc.,,    as Loan Servicing Agent for the,    Mortgage Holder,
               P.O. Box 65450,    Salt Lake City, Utah 84165-0450
13260426      +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
               Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Apr 15 2017 00:11:24      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 15 2017 00:10:51
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 15 2017 00:11:19     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13260405       E-mail/Text: bankruptcy@cavps.com Apr 15 2017 00:11:16      Cavalry Portfolio Services LLC,
               as assignee of Sprint,    7 Skyline Dr., Third Floor,    Hawthorne NY   10532
13363357       E-mail/Text: bankruptcy@phila.gov Apr 15 2017 00:11:24      City of Philadelphia,
               Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA 19102-1595
13260404      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 15 2017 00:14:31
               Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
13285889      +E-mail/Text: bankruptcy@cavps.com Apr 15 2017 00:11:15      Cavalry Investments, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13260406      +E-mail/Text: ecf@ccpclaw.com Apr 15 2017 00:10:36      Cibik and Cataldo, P.C.,
               225 S. 15th Street,    Suite 1635,    Philadelphia, PA 19102,    ccpc@ccpclaw.com 19102-3825
13260407      +E-mail/Text: ecf@ccpclaw.com Apr 15 2017 00:10:35      Cibik and Cataldo, P.C.,
               1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13260408      +E-mail/Text: bankruptcy@phila.gov Apr 15 2017 00:11:24      City of Philadelphia,
               Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102-1504
13260409      +E-mail/Text: bankruptcy@phila.gov Apr 15 2017 00:11:24      City of Philadelphia,
               Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102-1504
13260413       E-mail/Text: cio.bncmail@irs.gov Apr 15 2017 00:10:40      I.R.S.,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
13333032       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 15 2017 00:11:13      Denovus Corporation Ltd,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-9617
13260418       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 15 2017 00:11:13      PALLINO RECEIVABLES III LLC,
               c/o Jefferson Capital Systems LLC,    PO BOX 23051,    COLUMBUS GA 31902-3051
13260415      +E-mail/Text: Diane@mvrlaw.com Apr 15 2017 00:10:37      Martha Von Rosenstiel, Esq.,
               649 South Avenue, Unit 7,    Secane, PA 19018-3541
13260420       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2017 00:20:01
               Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541
13260421      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2017 00:20:00
               PRA Receivables Management LLC as agent,    Portfolio Recovery Associates LLC,    PO Box 12907,
               Norfolk, VA 23541-0907
13260422      +E-mail/Text: csidl@sbcglobal.net Apr 15 2017 00:11:19      Premier Bankcard,    P.O. Box 2208,
               Vacaville, CA 95696-8208
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Apr 14, 2017
                              Form ID: 138NEW             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2017 at the address(es) listed below:
```
          ANDREW  SPIVACK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. paeb@fedphe.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
           2005-WMC1 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          DANIEL BRETT SULLIVAN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. BNCmail@w-legal.com,
           DanS@w-legal.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JEROME B. BLANK    on behalf of Creditor    Nationstar Mortgage LLC paeb@fedphe.com
          MICHAEL A. CATALDO2    on behalf of Debtor Jesus  Cortez ecf@ccpclaw.com,   igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Jesus  Cortez ecf@ccpclaw.com,   igotnotices@ccpclaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jesus Cortez
      Debtor(s)

Bankruptcy No: 14−11604−amc
Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

      For The Court

      Timothy B. McGrath
      Clerk of Court

Dated: 4/14/17

50 − 49
Form 138_new